IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TONY A. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  08-441-JJF |
| | ) | |
| MICHELE A. CAVAGNI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 25 day of July, 2008, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $23,400, plus an unspecified amount of unemployment. (D.I. 1)

2. The plaintiff shall pay the $350.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                                         _____
                                                                         United States District Judge